United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-15459-mdc
Nikkia L Archer Oliphant                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Dec 23, 2016
                             Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2016.
13187039       +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee
          forthecertificateholders ofthe  CWABS, Inc., ASSET-BACKED CERTIFICATES,  SERIES 2007-3
          agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
          STEPHEN MATTHEW DUNNE    on behalf of Debtor Nikkia L Archer Oliphant bestcasestephen@gmail.com
          THOMAS I. PULEO   on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee
          forthecertificateholders ofthe  CWABS, Inc., ASSET-BACKED CERTIFICATES,  SERIES 2007-3
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
          ecfemails@ph13trustee.com
                                                                              TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-15459-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Nikkia L Archer Oliphant
7404 Montour Street
Philadelphia PA 19111

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/22/2016.

Name and Address of Alleged Transferor(s):

Claim No. 5: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129

Name and Address of Transferee:

THE BANK OF NEW YORK MELLON
c/o Shellpoint Mortgage Servicing
PO BOX 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/25/16

Tim McGrath
**CLERK OF THE COURT**