| Date | Description | Amount | Balance |
|---|---|---|---|
| 07/08/2016 | Withdrawal at ATM #009378<br>Cardtronics CCWF PHILADELPHIA US | -$160.00 | $1,887.91 |
| 07/08/2016 | Withdrawal POS #060729<br>MACY'S 213 PHILADELPHIA US | -$30.06 | $1,857.85 |
| 07/08/2016 | Withdrawal POS #261441<br>Wal-Mart Store PHILADELPHIA US | -$84.00 | $1,773.85 |
| 07/09/2016 | Withdrawal Debit Card Debit Card<br>1234 MARKET ST SAL PHILADELPHIA PA | -$27.00 | $1,746.85 |
| 07/09/2016 | Withdrawal Debit Card Debit Card<br>DUNKIN #339356 Q35 PHILADELPHIA PA | -$5.00 | $1,741.85 |
| 07/09/2016 | Withdrawal POS #321168<br>Wal-Mart Super Center PHILADELPHIA US | -$71.88 | $1,669.97 |
| 07/09/2016 | Withdrawal POS #448338<br>OLD NAVY US 5430 1202 PHILADELPHIA US | -$20.45 | $1,649.52 |
| 07/10/2016 | Withdrawal POS #623480<br>SUNOCO 0363093103 PHILADELPHIA US | -$35.02 | $1,614.30 |
| 07/10/2016 | Deposit Home Banking Transfer From Share 00<br>REF# 5922835 | $100.00 | $1,914.30 |
| 07/10/2016 | Withdrawal at ATM #064500<br>CT VCOM PHILADELPHIA US | -$120.00 | $1,794.30 |
| 07/10/2016 | Withdrawal POS #820109<br>Wal-Mart Super Center PHILADELPHIA US | -$75.79 | $1,718.51 |
| 07/11/2016 | Draft 000078 Tracer 0919110264<br>Processed Check - SPECIALIZED LOAN<br>TYPE: CHECKPAYMT ID: 1331050589<br>Entry Class Code: ARC | -$1,300.00 | $418.51 |
| 07/12/2016 | Withdrawal Debit Card Debit Card<br>APL* ITUNES COM/BILL 866-712-7753 CA | -$7.54 | $410.97 |
| 07/12/2016 | Withdrawal Debit Card Debit Card<br>THE CHILDRENS PLACE 06 PHILADELPHIA PA | -$30.37 | $380.60 |
| 07/12/2016 | Withdrawal POS #368959<br>GAP US 639 1510 WALNUT PHILADELPHIA US | -$28.35 | $352.25 |
| 07/12/2016 | Withdrawal at ATM #009775<br>Cardtronics CCSW PHILADELPHIA US | -$101.50 | $250.85 |
| 07/22/2016 | | -$45.00 | $205.85 |

MAR-09-2017 11:34    CHOP HIM ROI    2155904193    P.16