**Ex B - August 2016**

| Date | Description | Amount | Balance |
|---|---|---|---|
| | ZIO PIZZA PHILADELPHIA PA | | |
| 08/05/2016 | Withdrawal Debit Card Debit Card QVC*478139944002*3OP4 800-367-9444 PA | -$4.99 | $2,956.6? |
| 08/05/2016 | Withdrawal Debit Card Debit Card QVC*477822081703*4OF6 800-367-9444 PA | -$13.0? | $2,943.5? |
| 08/07/2016 | Withdrawal POS #203647 SUNOCO 0363380709 PHILADELPHIA US | -$45.21 | $2,898.3? |
| 08/08/2016 | Withdrawal Debit Card Debit Card SHOPRITE OXFORD ST PHILADELPHIA PA | -$73.?0 | $2,824.6? |
| 08/08/2016 | Withdrawal Debit Card Debit Card CAITLIN COJR JENKINTOWN PA | -$33.17 | $2,791.46 |
| 08/08/2016 | Withdrawal Debit Card Debit Card FIVE BELOW 159 PHILADELPHIA PA | -$2?.4? | $2,7?9.0? |
| 08/08/2016 | Withdrawal Debit Card Debit Card WENDY'S #3091 PHILADELPHIA PA | -$12.95 | $2,757.11 |
| 08/08/2016 | Withdrawal POS #731054 VA ABC STORE 225 VIRGINIA BEAC US | -$36.13 | $2,718.95 |
| 08/08/2016 | Withdrawal POS #109541 WALGREENS 2400 ATLANTI VIRGINIA BEAC US | -$25.29 | $2,693.69 |
| 08/08/2016 | Withdrawal at ATM #005629 CT VCOM Virginia Beac US | -$160.00 | $2,533.69 |
| 08/09/2016 | Withdrawal Debit Card Debit Card HARRIS TEETER #0181 VIRGINIA BEAC US | -$6.34 | $2,527.35 |
| 08/09/2016 | Withdrawal Debit Card Debit Card HARRIS TEETER #0181 VIRGINIA BEAC US | -$7.?5 | $2,519.6? |
| 08/09/2016 | Withdrawal POS #944442 7-ELEVEN VIRGINIA BEAC US | -$6.47 | $2,513.13 |
| 08/10/2016 | Draft 000665 Tracer 0019336513 Processed Check - SPECIALIZED LOAN TYPE: CHECKPAYMT ID: 3331050584 Entry Class Code: ARC | -$1,210.00 | $1,303.13 |
| 08/11/2016 | Withdrawal Debit Card Debit Card VA AQUARIUM 10092773 VIRGINIA BCH US | -$8.36 | $1,294.77 |
| 08/11/2016 | Withdrawal Debit Card Debit Card GOLDEN CORRAL 2647 RUTHER GL??US | -$37.2? | $1,25?.55 |