**Ex. CC — September 2016**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/02/2016 | MARSHALLS MARSHALLS PHILADELPHIA US | | |
| 09/02/2016 | Withdrawal POS #822500 CVS/PHARM 02866--1036- Philadelphia US | -$44.13 | $2,187.18 |
| 09/02/2016 | Withdrawal POS #344704 OLD NAVY US 5430 1227 PHILADELPHIA US | -$22.24 | $2,164.94 |
| 09/02/2016 | Draft 000640 Tracer 0000000166 | -$510.00 | $1,654.94 |
| 09/03/2016 | Withdrawal Debit Card Debit Card APL* ITUNES.COM/BILL 866-712-7753 CA | -$10.79 | $1,644.15 |
| 09/03/2016 | Withdrawal POS #290087 GAP OUTLET US 4268 213 PHILADELPHIA US | -$19.38 | $1,624.77 |
| 09/03/2016 | Withdrawal POS #035444 CLAIRE'S BOUTIQ PHILADELPHIA US | -$39.95 | $1,584.82 |
| 09/03/2016 | Withdrawal POS #030962 KID CITY 41 PHILADELPHIA US | -$12.26 | $1,572.56 |
| 09/03/2016 | Withdrawal POS #130156 HNY TOYS R US #530838105 PHILADELPHIA US | -$39.57 | $1,532.99 |
| 09/03/2016 | Withdrawal at ATM #074433 CT VCOM PHILADELPHIA US | -$40.00 | $1,492.99 |
| 09/05/2016 | Withdrawal Debit Card Debit Card QVC*4778220819011*5QF6 800-367-9444 PA | -$13.61 | $1,479.92 |
| 09/05/2016 | Withdrawal Debit Card Debit Card CHIPOTLE 1938 PHILADELPHIA PA | -$16.64 | $1,463.28 |
| 09/05/2016 | Withdrawal Debit Card Debit Card PIZZA HUT #027018 PHILADELPHIA PA | -$31.29 | $1,431.99 |
| 09/05/2016 | Withdrawal POS #318530 TARGET T- 7400 Bustlet Philadelphia US | -$95.94 | $1,336.05 |
| 09/06/2016 | Withdrawal at ATM #005217 Cardtronics CCWF PHILADELPHIA US | -$40.00 | $1,296.05 |
| 09/07/2016 | Draft 000639 Tracer 0018576097 Processed Check - SPECIALIZED LOAN TYPE: CHECKPAYMT ID: 1331950584 DATA: SPEC2013 Entry Class Code: ARC | -$1,210.00 | $86.05 |
| 09/07/2016 | Withdrawal POS #018907 OFFICE MAX/OFFI PHILADELPHIA US | -$23.86 | $62.19 |

MAR-09-2017 11:38   CHOP HIM ROI   2155904193   P.19