| Date | Description | Amount | Deposit | Balance |
|---|---|---|---|---|
| | APL* ITUNES.COM/BILL 866-712-7753 CA | | | |
| 10/03/2016 | Deposit | | $500.00 | $1,638.36 |
| 10/04/2016 | Withdrawal Debit Card Debit Card APL* ITUNES.COM/BILL 866-712-7753 CA | -$10.79 | | $1,627.57 |
| 10/04/2016 | Draft 000644 Tracer 0000004418 | -$510.00 | | $1,117.57 |
| 10/05/2016 | Withdrawal Debit Card Debit Card OLD NAVY ON-LINE 800-OLDNAVY OH | -$41.00 | | $1,076.57 |
| 10/06/2016 | Withdrawal Debit Card Debit Card QVC*47782208190**6OF6 800-367-9444 PA | -$13.07 | | $1,063.50 |
| 10/06/2016 | Withdrawal POS #033025 NST ROSS STORES #30370594 PHILADELPHIA US | -$27.96 | | $1,035.54 |
| 10/06/2016 | Draft 000643 Tracer 0000012521 | -$60.00 | | $975.54 |
| 10/07/2016 | Deposit | | $360.00 | $1,335.54 |
| 10/08/2016 | Withdrawal POS #128477 DOLLAR-GE 7770 DUNGAN PHILADELPHIA US | -$28.38 | | $1,307.16 |
| 10/09/2016 | Withdrawal POS #530504 DOLLAR-GE 7770 DUNGAN PHILADELPHIA US | -$47.97 | | $1,259.19 |
| 10/10/2016 | Withdrawal Debit Card Debit Card DUNKIN #301530 Q35 PHILADELPHIA PA | -$5.00 | | $1,254.19 |
| 10/10/2016 | Withdrawal Adjustment POS #944820 NST ROSS STORES #30531080 PHILADELPHIA US | | $10.99 | $1,265.18 |
| 10/11/2016 | Withdrawal POS #810343 TARGET T- 1128 Chestnut Philadelphia US | -$12.42 | | $1,252.76 |
| 10/12/2016 | Draft 000645 Tracer 0019205724 Processed Check - SPECIALIZED LOAN TYPE: CHECKPAYMT ID: 1331090584 DATA: SPEC3013 Entry Class Code: ARC | -$1,210.00 | | $42.76 |
| 10/12/2016 | Withdrawal Debit Card Debit Card ZIO PIZZA PHILADELPHIA PA | -$6.16 | | $36.60 |
| 10/12/2016 | Withdrawal Debit Card Debit Card PRIMO HOAGIES - 11 ST PHILADELPHIA PA | -$8.74 | | $27.86 |
| 10/13/2016 | Withdrawal POS #053247 NNT 0483 FOREVER 21/71905 PHILADELPHIA US | -$23.48 | | $4.38 |
| 10/13/2016 | Deposit Transfer From Share 00 | | $26.33 | $30.71 |