MAR-09-2017  11:40      CHOP HIM ROI                    2155904193       P.22
Page 1 of 1

Ex. E - November 2016



**Check Image Viewer**

```
063 070410 Deposit Only
29 74722677 Credit to Account
01229.00 of within named payee without
081 006 Prejudice Fifth Third Bank>042000314<
```

Nikkia L Oliphant
7404 Montour
Philadelphia PA 19111

652

11/30/16

Pay to the Order of  Shellpoint Mortgage Servicing   $1229.78

One thousand Two hund twenty nine

For  7007616126

⎿35608294⎾: 0801860 9150 0652

Phone: 215.969.0777
© 2009 American Heritage FCU
All rights reserved

American Heritage FCU
2060 Red Lion Road Philadelphia, PA 19115

https://onlineteller.amhfcu.org/ahfcu/AccountActivity/CheckImageViewer.aspx?enc=ZgAw...   3/2/2017

Ex. E - November 2016