For F - December 2016

MAR-09-2017  11:41         CHOP HIM ROI                              2155904193         P.23

**IMPORTANT NOTES**

amount required to pay your loan in full.

- Specialized Loan Servicing is committed to courteous and responsive service, accurate and timely handling of your payments and simple, direct answers to your questions.

- Specialized Loan Servicing is pleased to offer a quick and easy way to make your mortgage payment. You may now sign up for our Automatic Payment Drafting by calling our Customer Care Center. Simply contact a customer care associate by calling 1-800-315-4SLS (4757) during our regular business hours, Monday through Friday, 6:00 am to 6:00 pm MST.

- We are pleased to announce that you may now access your account information on line at www.sls.net 24 hours a day regardless of account status! You may also use our 24-hour automated information system for up to the minute information about your account. For questions regarding this statement, to make a payment or general account information please call our Customer Care Center at 1-800-315-4SLS (4757) associates are available to assist you Monday through Friday, 6:00 am to 6:00 pm MST. TDD 1-800-268-9419, Monday through Friday, 8:00 am to 5:00 pm MST.

Thank you for your business!

Delete ERROR
I am one

Check image:
Nikkia L. Oliphant
7404 Montour
Philadelphia PA 19111
655
12/29/16
Pay to the Order of: Shellpoint        $1229.74
one thous two hunder twenty nine Dollars
American Heritage Federal Credit Union
Philadelphia, PA 19115
For: 0578151628

| | tional oduct | Late Charge | Fees/ Advances |
|---|---|---|---|
| | 655 | 0.00 | 0.00 |
| | | 0.00 | 390.00 |

This is the only mounth that is missing will mail ASAP

)G0602"                                                                        SC0192-00A

**MONTHLY PAYMENT NOTICE**            LOAN NUMBER: 1007616126
Make Checks payable to: Specialized Loan Servicing, LLC    DATE: 05/27/13

SPECIALIZED LOAN SERVICING LLC
P O BOX 636005
LITTLETON, CO 80163-6005

☐ Check if your address has changed and fill out form on reverse side, signature required.

Nikkia L Oliphant
7404 Montour St
Philadelphia PA 19111-3610

Shellpoint
0578151628

| Payment Summary | | Due Date |
|---|---|---|
| Current Payment | $1,158.66 | 11/01/12 |
| Past Due Payment | $8,110.62 | |
| Outstanding Late Chg/Fees: | $390.00 | TOTAL AMOUNT DUE |
| Suspense Balance: | $13.26 | $9,646.02 |

When sending more than the amount due, complete the following:

| | | TOTAL AMOUNT ENCLOSED |
|---|---|---|
| Principal Reduction | $_____ | |
| Other | $_____ | |
| Additional Escrow | $_____ | |

SPECIALIZED LOAN SERVICING, LLC
~~P O BOX 105219~~
~~ATLANTA GA 30348-5219~~   PO box 740039

1007616126300011586600011586600096460 21