MAR-09-2017 11:42 CHOP HIM DOO 2155904193 P.25
American Heritage Federal Credit Union Page 1 of 1

Ex G - JANUARY 2017

Check Image Viewer

[redacted]00 002 006555 Deposit Only
[redacted]1628 74722877 Credit to Account
01229.00 of within named payee without
001 0Q2 Prejudice Fifth Third Bank>042000314<

Nikkia C Oliphant
7404 Mantour
Philadelphia PA 19111

051815 1628

657

Date 1/1/17

Pay to the Order of Shellpoint $1,229.74

one thend two hund twenty nine xo— Dollars

American Heritage Federal Credit Union Philadelphia PA 19115

For 051815168

[redacted]059150⑈0657

Phone: 215.969.0777
© 2009 American Heritage FCU
All rights reserved

American Heritage FCU
2060 Red Lion Road Philadelphia, PA 19115

https://onlineteller.amhfcu.org/ahfcu/AccountActivity/CheckImageViewer.aspx?enc=ZgAw... 3/2/2017


Case 13-15459-mdc   Doc 63   Filed 04/13/17   Entered 04/13/17 09:26:17   Desc Main
Document   Page 2 of 2



