MAR-09-2017  11:44    CHOP HIM    2155904193    P.27

Exhibit H - February 2017

STORE YOUR DUPLICATE CHECKS IN YOUR CHECK BOX.
☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation  ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

662

2/8/17

Shellpoint
one thsnd twohundr nine

05781568

THIS ITEM  1227.91

NOT NEGOTIABLE

TOTAL P.27