# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Nikkia L. Archer Oliphant | : | CHAPTER 13 |
| | : | CASE NO. 13-15459-MDC |
| Debtor | : | |
| | : | |

## ORDER

AND NOW, this _____ day of _____ 2017, upon consideration of the Debtor's Motion for Violation of the Automatic Stay, it is hereby ORDERED and DECREED that said Motion is GRANTED.

BY THE COURT

_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:   William C. Miller, Esq.
      Chapter 13 Trustee
      1234 Market Street, Suite 1813
      Philadelphia, PA 19107