**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:    Nikkia L. Archer Oliphant | : | CHAPTER 13 |
| | : | CASE NO. 13-15459-MDC |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED, than on May 2, 2017, a true and correct copy of the Motion for Violation of the Automatic Stay was served upon all interested parties by first-class mail, postage pre-paid or electronic service.

Respectfully submitted:

DUNNE LAW OFFICES. P.C.

Dated: May 2, 2017

By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
Attorney for Debtor
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109  Phone
(215) 525-9721 Fax