| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| | Stip Order signed 11/19/2013 | | | | |
| 11/26/2013 | 11/22/2013 | $ 1,177.55 | $ 1,173.86 | $ 3.69 | $ 3.69 |
| 12/1/2013 | 12/16/2013 | $ 1,176.86 | $ 1,176.86 | $ - | $ 3.69 |
| Stip | | | $ 582.00 | $ (582.00) | $ (578.31) |
| 1/1/2014 | 1/21/2014 | $ 1,176.86 | $ 1,176.86 | $ - | $ (578.31) |
| Stip | | | $ 582.00 | $ (582.00) | $ (1,160.31) |
| 2/1/2014 | 2/19/2014 | $ 1,758.86 | $ 1,176.86 | $ 582.00 | $ (578.31) |
| Stip | | | $ 582.00 | $ (582.00) | $ (1,160.31) |
| 3/1/2014 | 3/17/2014 | $ 1,758.00 | $ 1,176.86 | $ 581.14 | $ (579.17) |
| Stip | | | $ 582.00 | $ (582.00) | $ (1,161.17) |
| 4/1/2014 | 4/18/2014 | $ 1,758.86 | $ 1,176.86 | $ 582.00 | $ (579.17) |
| Stip | | | $ 582.00 | $ (582.00) | $ (1,161.17) |
| 5/1/2014 | 5/16/2014 | $ 1,758.86 | $ 1,176.86 | $ 582.00 | $ (579.17) |
| Stip | | | $ 582.00 | $ (582.00) | $ (1,161.17) |
| 6/1/2014 | 6/18/2014 | $ 1,173.86 | $ 1,173.86 | $ - | $ (1,161.17) |
| 7/1/2014 | 7/21/2014 | $ 1,173.86 | $ 1,173.86 | $ - | $ (1,161.17) |
| 8/1/2014 | 8/21/2014 | $ 1,173.86 | $ 1,173.86 | $ - | $ (1,161.17) |
| 9/1/2014 | 9/19/2014 | $ 1,173.86 | $ 1,173.86 | $ - | $ (1,161.17) |
| 10/1/2014 | 10/20/2014 | $ 1,173.86 | $ 1,173.86 | $ - | $ (1,161.17) |
| 11/1/2014 | | | $ 1,254.62 | $ (1,254.62) | $ (2,415.79) |
| 12/1/2014 | 12/1/2014 | $ 1,273.81 | $ 1,254.62 | $ 19.19 | $ (2,396.60) |
| 1/1/2015 | 1/5/2015 | $ 1,200.00 | $ 1,254.62 | $ (54.62) | $ (2,451.22) |
| 2/1/2015 | 2/5/2015 | $ 1,350.00 | $ 1,254.62 | $ 95.38 | $ (2,355.84) |
| 3/1/2015 | 3/25/2015 | $ 1,280.00 | $ 1,254.62 | $ 25.38 | $ (2,330.46) |
| 4/1/2015 | 4/3/2015 | $ 1,280.00 | $ 1,254.62 | $ 25.38 | $ (2,305.08) |
| 5/1/2015 | 5/5/2015 | $ 1,280.00 | $ 1,254.62 | $ 25.38 | $ (2,279.70) |
| 6/1/2015 | | | $ 1,254.62 | $ (1,254.62) | $ (3,534.32) |
| 7/1/2015 | 7/7/2015 | $ 1,280.00 | $ 1,254.62 | $ 25.38 | $ (3,508.94) |
| 8/1/2015 | 8/3/2015 | $ 1,280.00 | $ 1,254.62 | $ 25.38 | $ (3,483.56) |
| 9/1/2015 | 9/1/2015 | $ 1,280.00 | $ 1,254.62 | $ 25.38 | $ (3,458.18) |
| 10/1/2015 | 10/5/2015 | $ 1,210.57 | $ 1,254.62 | $ (44.05) | $ (3,502.23) |
| 11/1/2015 | 11/6/2015 | $ 1,210.57 | $ 1,210.57 | $ - | $ (3,502.23) |
| 12/1/2015 | | | $ 1,210.57 | $ (1,210.57) | $ (4,712.80) |
| 1/1/2016 | 1/19/2016 | $ 1,210.00 | $ 1,210.57 | $ (0.57) | $ (4,713.37) |
| 2/1/2016 | 2/8/2016 | $ 1,258.66 | $ 1,210.57 | $ 48.09 | $ (4,665.28) |
| 3/1/2016 | 3/8/2016 | $ 1,250.00 | $ 1,210.57 | $ 39.43 | $ (4,625.85) |
| 4/1/2016 | 4/6/2016 | $ 1,258.66 | $ 1,210.57 | $ 48.09 | $ (4,577.76) |
| 5/1/2016 | 5/16/2016 | $ 1,250.00 | $ 1,210.57 | $ 39.43 | $ (4,538.33) |
| 6/1/2016 | | | $ 1,210.57 | $ (1,210.57) | $ (5,748.90) |
| 7/1/2016 | 7/8/2016 | $ 1,300.00 | $ 1,210.57 | $ 89.43 | $ (5,659.47) |
| 8/1/2016 | 8/9/2016 | $ 1,210.00 | $ 1,210.57 | $ (0.57) | $ (5,660.04) |
| 9/1/2016 | 9/6/2016 | $ 1,210.00 | $ 1,210.57 | $ (0.57) | $ (5,660.61) |
| 10/1/2016 | 10/11/2016 | $ 1,210.00 | $ 1,210.57 | $ (0.57) | $ (5,661.18) |
| 11/1/2016 | 12/6/2016 | $ 1,229.00 | $ 1,229.74 | $ (0.74) | $ (5,661.92) |
| 12/1/2016 | 12/21/2016 | $ 1,891.60 | $ 1,229.74 | $ 661.86 | $ (5,000.06) |
| 1/1/2017 | 1/20/2017 | $ 1,229.00 | $ 1,229.74 | $ (0.74) | $ (5,000.80) |
| 2/1/2017 | | | $ 1,229.74 | $ (1,229.74) | $ (6,230.54) |
| 3/1/2017 | 3/6/2017 | $ 2,459.48 | $ 1,229.74 | $ 1,229.74 | $ (5,000.80) |
| 4/1/2017 | 4/3/2017 | $ 1,229.74 | $ 1,229.74 | $ - | $ (5,000.80) |
| 5/1/2017 | 5/4/2017 | $ 1,229.74 | $ 1,229.74 | $ - | $ (5,000.80) |
| | | | | $ - | $ (5,000.80) |
| | | | | $ - | $ (5,000.80) |
| 43 | 38 | $ 50,785.98 | $ 55,786.78 | $ (5,000.80) | |

| Loan Number | |
|---|---|
| Debtor | Oliphant, Nikkia L |
| BK filed date | 6/21/2013 |
| BK Case # | 13-15459 |
| Loan Acquired | 12/1/2016 |
| Post Next Due | **1/1/2017** |
| Suspense | $ 1,147.90 |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 1/1/17 - 5/1/17 | $ 1,229.74 | 5 | $ 6,148.70 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | Subtotal | $ 6,148.70 |
| | | Less Unapplied | $ 1,147.90 |
| | | **Total to bring current** | **$ 5,000.80** |

*Amount not paid or short*

$ 6,148.70
$ (5,000.80)
$ 1,147.90  unapplied

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn Payment Processing
55 Beattie Place Ste 500MS-501
Greenville, SC 29601

| Due Date | P&I | Interest | Escrow | Total | Filed w/Courts |
|---|---|---|---|---|---|
| 7/1/2013 | $ 930.61 | 5.775% | $ 243.25 | $ 1,173.86 | POC |
| 11/1/2014 | $ 930.61 | 5.775% | $ 324.01 | $ 1,254.62 | 10/10/2014 |
| 11/1/2015 | $ 930.61 | 5.775% | $ 279.96 | $ 1,210.57 | 9/19/2015 |
| 11/1/2016 | $ 930.61 | 5.775% | $ 299.13 | $ 1,229.74 | 10/7/2016 |