IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Nikkia L. Archer Oliphant    : | |
| : | CHAPTER 13 |
| : | |
| : | CASE NO. 13-15459-MDC |
| Debtor    : | |
| : | |

**PRAECIPE TO WITHDRAW
MOTION FOR VIOLATION OF THE AUTOMATIC STAY**

I hereby withdraw the Motion for Violation of the Automatic Stay filed on April 7, 2017 on behalf of Nikkia L. Archer Oliphant at Doc. No. 65.

Respectfully submitted,

Date: May 31, 2017

By: /s/ Stephen M. Dunne
/Stephen M. Dunne, Esquire
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Telephone: (215)-551-7109
Facsimile: (215)-525-9721