## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Nikkia L. Archer Oliphant | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Bky. No. 13-15459-MDC |

### ORDER AUTHORIZING SETTLEMENT

AND NOW, this _____ day of _____ 2018, upon consideration of the Debtor's Application to Approve Settlement of the FDCPA Action and to Approve Counsel Fees on behalf of the Debtor, being satisfied that this settlement is in the best interest of the estate, it is

**ORDERED,** that this settlement is hereby approved, and the attorney is directed to make a check payable to the Chapter 13 Standing Trustee, for any amounts exceeding debtor's exemption and forward said check to him for distribution.

**IT IS SO ORDERED.**

BY THE COURT

_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:   William C. Miller, Esq.
      Chapter 13 Trustee
      1234 Market Street, Suite 1813
      Philadelphia, PA 19107