### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:        Nikkia L. Archer Oliphant      :     Chapter 13

                : 

             Debtor.             :     Bky. No. 13-15459-MDC

### ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

AND NOW, this __20th__ day of __March__ 2018, upon consideration of the

Debtor's Nunc Pro Tunc Application to Employ Robert P. Cocco as Special Counsel, being

satisfied that this is in the best interest of the estate, it is

     **ORDERED,** that the Application to Employ Robert P. Cocco as Special Counsel is

approved.

     **IT IS SO ORDERED.**


                                      **BY THE COURT**

                                      _Magdeline D. C_____

                                      Hon. Magdeline D. Coleman
                                      U.S. BANKRUPTCY JUDGE


cc:     William C. Miller, Esq.
        Chapter 13 Trustee
        1234 Market Street, Suite 1813
        Philadelphia, PA 19107