United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-15459-mdc
Nikkia L Archer Oliphant                                                  Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Stacey              Page 1 of 1                Date Rcvd: Mar 20, 2018
                                Form ID: pdf900           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2018.
db            +Nikkia L Archer Oliphant,    7404 Montour Street,    Philadelphia, PA 19111-3610
cr            +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr            +The Bank of New York Mellon fka The Bank of New Yo,    14841 Dallas Parkway, Suite 300,
               DALLAS, TX 75254-7883
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Mar 21 2018 01:38:26      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2018 01:37:52
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 21 2018 01:38:24     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee
               forthecertificateholders ofthe   CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Nikkia L Archer Oliphant bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee
               forthecertificateholders ofthe   CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork,
               asTrustee forthecertificateholders ofthe   CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Nikkia L. Archer Oliphant | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Bky. No. 13-15459-MDC |

## ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

AND NOW, this __20th__ day of __March__ 2018, upon consideration of the Debtor's Nunc Pro Tunc Application to Employ Robert P. Cocco as Special Counsel, being satisfied that this is in the best interest of the estate, it is

**ORDERED,** that the Application to Employ Robert P. Cocco as Special Counsel is approved.

**IT IS SO ORDERED.**

BY THE COURT

_Magdeline D. C_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:   William C. Miller, Esq.
      Chapter 13 Trustee
      1234 Market Street, Suite 1813
      Philadelphia, PA 19107