**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:          Nikkia L. Archer Oliphant          :          Chapter 13

                                                                   :

                Debtor.                                     :          Bky. No. 13-15459-MDC

## ORDER AUTHORIZING SETTLEMENT

AND NOW, this ____29ᵗʰ____ day of ___March___ 2018, upon consideration of the

Debtor's Motion to Approve Settlement of the FDCPA Action and to Approve Counsel Fees on

behalf of the Debtor being satisfied that this settlement is in the best interest of the estate, it

**ORDERED,** that Settlement of the FDCPA Action is approved along with Counsel Fees

($7,455.25) and reimbursement of costs ($757.75) to Robert P. Cocco, Esquire; and a net

payment to debtor amounting to ($6,787.00);

**ORDERED,** that any amount exceeding debtor's exemption shall be forwarded to the

Chapter 13 Trustee for distribution to unsecured creditors.

**IT IS SO ORDERED.**


                                                **BY THE COURT**

                                                _Magdeline D. C_____

                                                Hon. Magdeline D. Coleman
                                                U.S. BANKRUPTCY JUDGE

cc:      William C. Miller, Esq.
         Chapter 13 Trustee
         1234 Market Street, Suite 1813
         Philadelphia, PA 19107