United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Nikkia L Archer Oliphant
    Debtor

Case No. 13-15459-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Marie      Page 1 of 1      Date Rcvd: Apr 03, 2018
    Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.
db      +Nikkia L Archer Oliphant,    7404 Montour Street,    Philadelphia, PA 19111-3610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2018 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee forthecertificateholders ofthe   CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3 agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
     STEPHEN MATTHEW DUNNE    on behalf of Debtor Nikkia L Archer Oliphant bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com
     THOMAS I. PULEO    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee forthecertificateholders ofthe   CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
     WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
     WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
     WILLIAM EDWARD MILLER    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee forthecertificateholders ofthe   CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3 wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
     TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Nikkia L. Archer Oliphant | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Bky. No. 13-15459-MDC |

### ORDER AUTHORIZING SETTLEMENT

AND NOW, this _29th_ day of _March_ 2018, upon consideration of the Debtor's Motion to Approve Settlement of the FDCPA Action and to Approve Counsel Fees on behalf of the Debtor being satisfied that this settlement is in the best interest of the estate, it

**ORDERED,** that Settlement of the FDCPA Action is approved along with Counsel Fees ($7,455.25) and reimbursement of costs ($757.75) to Robert P. Cocco, Esquire; and a net payment to debtor amounting to ($6,787.00);

**ORDERED,** that any amount exceeding debtor's exemption shall be forwarded to the Chapter 13 Trustee for distribution to unsecured creditors.

**IT IS SO ORDERED.**

BY THE COURT

_Magdeline D. C_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:   William C. Miller, Esq.
      Chapter 13 Trustee
      1234 Market Street, Suite 1813
      Philadelphia, PA 19107