# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 13-15459-MDC

  NIKKIA L ARCHER OLIPHANT

  7404 MONTOUR STREET

  PHILADELPHIA, PA 19111-

    Debtor

## CERTIFICATE OF SERVICE

   **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

 Debtor(s), at the address listed, by first class mail.

  NIKKIA L ARCHER OLIPHANT

  7404 MONTOUR STREET

  PHILADELPHIA, PA 19111-

Counsel for debtor(s), by electronic notice only.

  STEPHEN MATTHEW DUNNE
  1515 MARKET ST
  SUITE 1200
  PHILA, PA 19102-

         /S/ William C. Miller

Date: 4/13/2018      _____

         William C. Miller, Esquire
         Chapter 13 Standing Trustee