United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nikkia L Archer Oliphant  
    Debtor

Case No. 13-15459-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 2     Date Rcvd: Aug 07, 2018  
                       Form ID: 138NEW     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.

```
db             +Nikkia L Archer Oliphant,    7404 Montour Street,    Philadelphia, PA 19111-3610
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                 Greenville, SC  29603-0826
cr             +The Bank of New York Mellon fka The Bank of New Yo,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
13083183       +Afni, Inc. (Original Creditor:Verizon In,    Po Box 3427,    Bloomington, IL 61702-3427
13083184       +Amer Her Fcu,    3110 Grant Ave P.O. Box 6037,    Philadelphia, PA 19114-0637
13083186      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
13083187       +Central Finl Control (Original Creditor:,    Po Box 66044,    Anaheim, CA 92816-6044
13096920       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila pa 19122-2898,
                 Attn: Bankruptcy Dept 3Fl
13187039       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13840599        THE BANK OF NEW YORK MELLON,    c/o Shellpoint Mortgage Servicing,    PO BOX 10826,
                 Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2018 02:28:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2018 02:29:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13152357       +E-mail/Text: EBNProcessing@afni.com Aug 08 2018 02:29:14     Afni, Inc,    PO Box 3667,
                 Bloomington, IL 61702-3667
13083185       +E-mail/Text: broman@amhfcu.org Aug 08 2018 02:29:14     American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13129427        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2018 02:44:49
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13165003        E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:37     City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13083188       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2018 02:29:09
                 Midland Funding (Original Creditor:Veriz,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13083189       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 08 2018 02:28:29
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Stacey              Page 2 of 2               Date Rcvd: Aug 07, 2018
                              Form ID: 138NEW           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
```
              ANDREW F GORNALL     on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee
               forthecertificateholders ofthe  CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Nikkia L Archer Oliphant bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee
               forthecertificateholders ofthe  CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2007-3 wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork,
               asTrustee forthecertificateholders ofthe  CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                              TOTAL: 10
```

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

___

In Re: Nikkia L Archer Oliphant
       Debtor(s)                                   Bankruptcy No: 13–15459–mdc

                                                                Chapter: 13

___

***NOTICE***

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                     For The Court

                                                     Timothy B. McGrath
                                                     Clerk of Court

Dated: 8/7/18

                                                                                          101 – 100
                                                                                   Form 138_new