United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-15459-mdc
Nikkia L Archer Oliphant                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 1             Date Rcvd: Aug 13, 2018
                             Form ID: 212              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2018.
db            +Nikkia L Archer Oliphant,    7404 Montour Street,    Philadelphia, PA 19111-3610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2018 at the address(es) listed below:
    ANDREW F GORNALL    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee
     forthecertificateholders ofthe  CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3
     agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
    STEPHEN MATTHEW DUNNE    on behalf of Debtor Nikkia L Archer Oliphant bestcasestephen@gmail.com,
     dunnesr74587@notify.bestcase.com
    THOMAS I. PULEO    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee
     forthecertificateholders ofthe  CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3
     tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
     philaecf@gmail.com
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
    WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
     ecfemails@ph13trustee.com
    WILLIAM EDWARD MILLER    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork,
     asTrustee forthecertificateholders ofthe  CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3
     wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
    WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
     YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
     2007-3 wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
    WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
     York wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                                  Chapter: 13

    Nikkia L Archer Oliphant

Debtor(s)                                                                              Case No: 13−15459−mdc

_____

*ORDER*

    AND NOW, 8/13/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☒ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

    For The Court

    Magdeline D. Coleman

    Judge ,United States Bankruptcy Court

103
Form 212