United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-15459-mdc
Nikkia L Archer Oliphant                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Sep 13, 2018
                              Form ID: 225              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.
db             +Nikkia L Archer Oliphant,    7404 Montour Street,    Philadelphia, PA 19111-3610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 14 2018 02:03:57     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2018 02:03:33
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 14 2018 02:03:49     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee
               forthecertificateholders ofthe  CWABS, Inc., ASSET-BACKED CERTIFICATES,  SERIES 2007-3
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Nikkia L Archer Oliphant bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee
               forthecertificateholders ofthe  CWABS, Inc., ASSET-BACKED CERTIFICATES,  SERIES 2007-3
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork,
               asTrustee forthecertificateholders ofthe  CWABS, Inc., ASSET-BACKED CERTIFICATES,  SERIES 2007-3
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2007-3 wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                                      Chapter: 13

      Nikkia L Archer Oliphant

Debtor(s)                                                                                                Case No: 13−15459−mdc

___

## *ORDER*

      AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

      AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

      AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

      AND, the Debtor(s) has/have not filed the required statement and/or certifications,

      AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

      IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is ***CLOSED, without the entry of an order of discharge***.

For The Court

Magdeline D. Coleman

9/13/18

Judge ,United States Bankruptcy Court

105
Form 225