United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 13-15459-mdc
Nikkia L Archer Oliphant                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 2              Date Rcvd: Sep 18, 2018
                            Form ID: 206              Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db          +Nikkia L Archer Oliphant,    7404 Montour Street,    Philadelphia, PA 19111-3610
cr          +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr           THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
              Greenville, SC  29603-0826
cr          +The Bank of New York Mellon fka The Bank of New Yo,    14841 Dallas Parkway, Suite 300,
              DALLAS, TX 75254-7883
13083183    +Afni, Inc. (Original Creditor:Verizon In,    Po Box 3427,    Bloomington, IL 61702-3427
13083184    +Amer Her Fcu,    3110 Grant Ave P.O. Box 6037,    Philadelphia, PA 19114-0637
13083186   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: Bank Of America, N.A.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
13083187    +Central Fnl Control (Original Creditor:,    Po Box 66044,    Anaheim, CA 92816-6044
13096920    +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila pa 19122-2898,
              Attn: Bankruptcy Dept 3Fl
13187039    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13840599     THE BANK OF NEW YORK MELLON,    c/o Shellpoint Mortgage Servicing,    PO BOX 10826,
              Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:58     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:10
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13152357    +E-mail/Text: EBNProcessing@afni.com Sep 19 2018 02:39:29     Afni, Inc,    PO Box 3667,
              Bloomington, IL 61702-3667
13083185    +E-mail/Text: broman@amhfcu.org Sep 19 2018 02:39:27     American Heritage Fcu,
              2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13129427     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2018 02:51:47
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
13165003     E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:58     City of Philadelphia,
              Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13083188    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2018 02:39:22
              Midland Funding (Original Creditor:Veriz,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13083189    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 19 2018 02:38:28
              Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Stacey              Page 2 of 2                  Date Rcvd: Sep 18, 2018
                              Form ID: 206              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:

        ANDREW F GORNALL    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee
         forthecertificateholders ofthe   CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3
         agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
        STEPHEN MATTHEW DUNNE    on behalf of Debtor Nikkia L Archer Oliphant bestcasestephen@gmail.com,
         dunnesr74587@notify.bestcase.com
        THOMAS I. PULEO    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork, asTrustee
         forthecertificateholders ofthe   CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3
         tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
         ecfemails@ph13trustee.com
        WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
         YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
         2007-3 wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
        WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
         York wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
        WILLIAM EDWARD MILLER    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork,
         asTrustee forthecertificateholders ofthe   CWABS, Inc., ASSET-BACKED CERTIFICATES,   SERIES 2007-3
         wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                                    TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Nikkia L Archer Oliphant                                         Case No: 13−15459−mdc

    Debtor(s)

---

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☒ Debtor has not certified that all domestic support obligations due have been paid.

 

For The Court

Dated: 9/18/18

Timothy B. McGrath
Clerk of Court

107
Form 206